FILED
2016 Aug-23  PM 03:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

FILED

2016 AUG 23   A 10: 43

U.S. DISTRICT COURT
N.D. OF ALABAMA

Inmate Identification Number: _41242_

_Gary Lynn Weeks_
(Enter above the full name of the plaintiff
in this action)

vs.

_Tim Ray LC.S.O._
_Dr Lindsy @ LCDC,_
_Head nurse MirA LCDC,_
_maybe other don't know the name's_
(Enter above full name(s) of the defendant(s)
in this action)

NOTICE TO FILING PARTY

It is your responsibility to
notify the clerk in writing of any
address change.

Failure to notify the clerk may
result in dismissal of your case
without further notice.

CV-16-HA-1379-NN

I.    Previous lawsuits

    A.    Have you begun other lawsuits in state or federal court(s) dealing with the
          same facts involved in this action or otherwise relating to your imprisonment?
          Yes (  )        No ( ✓ )

    B.    If the answer to (A) is "yes," describe each lawsuit in the space below. (If there is more
          than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the
          same outline.)

        1.    Parties to this previous lawsuit:

            Plaintiff: _____

            Defendant(s): _____

2

2.  Court (if Federal Court, name the district; if State Court, name the county)

_____

3.  Docket number _____

4.  Name of judge to whom case was assigned _____

_____

5.  Disposition (for example: Was the case dismissed?  Was it appealed?  Is it still pending?) _____

_____

6.  Approximate date of filing lawsuit _____

_____

7.  Approximate date of disposition _____

II.   Place of present confinement _Lauderdale County Detention Center_

A.  Is there a prisoner grievance procedure in this institution?
Yes ( ✓ )          No ( )

B.  Did you present the facts relating to your complaint in the state prisoner grievance procedure?          Yes ( ✓ )          No ( )

C.  If your answer is YES:

1.  What steps did you take? _File A Grievance Form Notified The head nurse mica and Sergent on Duty._

2.  What was the result? _not not anything But me getting sicker and hurting Alot._

D.  If your answer is NO, explain why not: _____

_____

_____

_____

_____

3

III.   Parties.

In item (A) below, place your name in the first blank and place your present address in the second blank.

A.   Name of Plaintiff(s) Gary Lynn Weeks

~~653 Seminary St~~

Address 653 South Seminary St

Florence Al 35630

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) for the names, positions, and places of employment of any additional defendants.

B.   Defendant Tim Ray

Is employed as A Sergent

at Lauderdale County Sheriff Department

C.   Additional Defendants Dr Lindsy and Head nurse Mirn
at Lauderdale county Dentartion Center

IV.   Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statues. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

On Feburay 17, 2016 on The Natheẑ Trace Parkway
I was being stopped by State Trooper's & Tim Ray
upon stopping I was drug out of my Vehicle
I was assulted by The officers my Leg was broken in
several places and Foot along with multiple other injuries.
Then when got to jail I was put in Lockdown confinment
Because my injuries. Besides my injures I'm patient one

Home Heath Cronic Care, Diabetic, Cancer Patient Cyrosis of Liver, I'm suppose to take insuline twice A Day and nurse more & Dr Lindsy refused my medicine and Treatment

V.   RELIEF

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statues.

Compensated for my pain & Suffering medical Bills Paid and A nurse & Doctor here That will take care of The sick & injured

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___8-19-16___.

Mary Lynn Weeks
SIGNATURE

ADDRESS

6535 Seminary St.
Florence Al 35630
AIS# 41242 - 125140